NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

NATIONAL ORGANIZATION OF VETERANS ADVOCATES, INC.,
*Petitioner,*

v.

SECRETARY OF VETERANS AFFAIRS,
*Respondent.*

---

2011-7191

---

On petition for review pursuant to 38 U.S.C. Section 502.

---

## ON MOTION

---

## ORDER

Eric K. Shinseki, Secretary of Veterans Affairs, moves for a 31-day extension of time, until March 5, 2012, to file his initial brief. National Organization of Veterans Advocates, Inc. opposes. Also, the National Organization of Veterans Advocates, Inc. moves to withdraw Richard Paul Cohen as counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. No further extensions should be anticipated.

FOR THE COURT

FEB 1 0 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Roman Martinez, Esq.
    John J. Todor, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 0 2012

JAN HORBALY
CLERK